

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2015

No. 04-15-00318-CV

**GEMINI INSURANCE COMPANY** and Berkley Oil & Gas Specialty Services, LLC,
Appellants

v.

**DRILLING RISK MANAGEMENT, INC.,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 12-066
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Appellant's third motion for extension of time to file brief is hereby GRANTED. Time is extended to November 16, 2016. **No further extension of time will be granted.**

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2015.

Keith E. Hottle
Clerk of Court